# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JODY A. FURNARE,

    Plaintiff

v.

ANTHONY MARTINIS, et al.,

    Defendants

Case No.: 3:24-cv-00503-MMD-CSD

**Order**

Re: ECF No. 18

On March 13, 2026, the court issued an order requiring the Attorney General's Office to file a notice indicating those defendants for whom it accepts service, and those defendants for whom it does not accept service, and as to the latter, the Attorney General's Office was required to file the last known address under seal. (ECF No. 16.)

On April 1, 2026, the Attorney General's Office filed a notice indicating that it does not accept service for Anthony Martinis and it does not have a last known address for this defendant as counsel was unable to identify an employee with this name despite using multiple spellings. (ECF No. 17.)

Plaintiff has filed a motion requesting that Martinis be served by the U.S. Marshal. (ECF No. 18.) Plaintiff is entitled to have the U.S. Marshal attempt service on Martinis, but must provide the U.S. Marshal with the relevant contact information to attempt service.

## CONCLUSION

(1) Plaintiff's motion (ECF No. 18) is **GRANTED**.

(2) The Clerk shall kindly **ISSUE** a summons for defendant Anthony Martinis, and **DELIVER THE SAME** to the U.S. Marshal for service. The Clerk shall also **SEND** a copy of

the operative complaint (ECF No. 6) and this Order to the U.S. Marshal for service on the defendant.

(3) The Clerk shall kindly **SEND** to Plaintiff a USM-285 form. Plaintiff has **21 days** to furnish to the U.S. Marshall the required USM-285 form with the relevant information for the defendant at 400 S. Virginia Street, 2nd Floor, Reno, Nevada, 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, if the defendant was not served, and if Plaintiff wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

(4) The court will give Plaintiff until **June 8, 2026,** to complete service as to defendant Martinis. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS SO ORDERED**.

Dated: April 9, 2026

_____
Craig S. Denney
United States Magistrate Judge

2