# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JODY FURNARE,<br><br>     Plaintiff,<br><br> v.<br><br>ANTHONY MARTINIS, *et al.*,<br><br>     Defendants. | 3:24-cv-00503-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

  The Office of the Attorney General did not accept service of process on behalf of Defendant **Anthony Martinez** (sued as Anthony Martinis). (ECF No. 25.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 26.)

  **IT IS HEREBY ORDERED** that the Clerk shall ISSUE a summons for **Anthony Martinez** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 26.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 6), the screening order (ECF No. 7), and this order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

  **IT IS FURTHER ORDERED** that Plaintiff shall have to and including **Monday, August 24, 2026**, to complete service of process pursuant to Fed. R. Civ. P. 4(m).

  DATED: June 24, 2026.



_____
Craig S. Denney
United States Magistrate Judge