**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JODY A. FURNARE,

Plaintiff

v.

ANTHONY MARTINIS, et al.,

Defendants

Case No.: 3:24-cv-00503-MMD-CSD

**Order**

Re: ECF No. 42

Plaintiff has filed a motion entitled "Motion for Responsible Parties." (ECF No. 42.) In it, Plaintiff asks that those in the NDOC hierarchical list of authority to whom the defendant, Anthony Martinis, answered be held responsible for Martinis' actions. The court understands Plaintiff to be asking that everyone from Martinis' supervisors to the NDOC director be added as defendants to this case.

The court has already advised Plaintiff that a supervisor is not liable for the actions of a subordinate simply because it employed the alleged wrongdoer. (*See* ECF No. 37 at 3.) Moreover, "[i]n order for a person acting under color of state law to be liable under section 1983 there must be a showing of personal participation in the alleged rights deprivation[.]" *Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002) (citations omitted). In other words, the plaintiff "must show that each defendant personally played a role in violating the Constitution." *Hines v. Yousef*, 914 F.3d 1218, 1228 (9th Cir. 2019), *cert. denied sub nom., Smith v. Schwarzenegger,* 140 S. Ct. 159 (2019) ("inmates must show that each defendant personally played a role in violating the constitution."). "An official is liable under § 1983 only if 'culpable action, or

inaction, is directly attributed to them.'" *Id*. (quoting *Starr v. Baca*, 652 F.3d 1202, 1205 (9th Cir. 2011)).

In addition, Plaintiff's request is not procedurally proper. To add a new party, the pleadings must be amended in accordance with Rule 15. And to amend the complaint, Plaintiff must obtain leave to do so. Fed. R. Civ. P. 15(a)(2). In filing a motion for leave to amend, the plaintiff must attach the proposed amended pleading to their motion; the proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading. LR 15-1(a).

Plaintiff has not moved for leave to file an amended complaint naming any additional defendants nor submitted a proposed amended complaint as required by LR 15-1(a). Accordingly, Plaintiff's procedurally improper "Motion for Responsible Parties" (ECF No. 42) is **DENIED**.

**IT IS SO ORDERED**.

Dated: November 23, 2026

Craig S. Denney
United States Magistrate Judge